**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 17-cv-01510-REB

MEE XIONG VANG,

     Plaintiff,

     v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

     Defendant.

---

**ORDER FOR JUDGMENT AND REMAND**

---

**Blackburn, J.**

     The matter before me is **Defendant's Unopposed Motion for Remand** [#15],[1] filed October 19, 2017.  By this motion, defendant requests the court remand this matter for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Having reviewed the motion and the file, and being apprised of the premises, the court finds and concludes the motion is well-taken and should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Defendant's Unopposed Motion for Remand** [#15] filed October 19, 2017, is granted,

     2.  That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed;

---

     [1]  "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3.  That this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

4.  That judgment shall enter in favor of plaintiff and against defendant in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision in **Shalala v. Schaefer**, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993); and

5.  That plaintiff is awarded her costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

Dated October 24, 2017, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge