IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01510-REB

MEE XIONG VANG,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order for Judgment and Remand [ECF 16] entered by the Honorable Robert E. Blackburn on October 24, 2017, it is hereby

ORDERED that the Defendant's Unopposed Motion for Remand [ECF 15], filed October 19, 2017, is granted. It is

FURTHER ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed. It is

FURTHER ORDERED that this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). It is

FURTHER ORDERED judgment shall enter in favor of plaintiff Mee Xiong Vang and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security, in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993). It is

FURTHER ORDERED that plaintiff is awarded her costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado this 24th day of October, 2017.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/L.Roberson
L. Roberson
Deputy Clerk